| | |
|---|---|
| Fill in this information to identify the case: | |
| Debtor 1 | Anthony Scott Hensley |
| Debtor 2 (Spouse, if filing) | Crystal Dawn Gibson Hensley |
| United States Bankruptcy Court for the: | Middle District of NC (State) |
| Case number | 12-50925 |

# Form 4100R
## Response to Notice of Final Cure Payment                                           10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** NC HOUSING FINANCE AGENCY

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 6 0 2 2

**Property address:** 2132 Burkhard Road
Number    Street

_____

Lexington        NC        27292
City             State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  08 / 01 / 2017
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                              (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:       + (b) $ _____

c. **Total**. Add lines a and b.                                         (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
                          MM / DD / YYYY

Debtor 1  **Anthony Scott Hensley**
First Name  Middle Name  Last Name

Case number (if known) **12-50925**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Marianne M. Larkin
Signature

Date 06/23/2017

Print **Marianne    M.    Larkin**
First Name  Middle Name  Last Name

Title **Bankruptcy Asset Manager**

Company **SN Servicing Corporation**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address **323 5th Street**
Number  Street

**Eureka**    **CA**    **95501**
City  State  ZIP Code

Contact phone **( 800 ) 603 – 0836**

Email **bknotices@snsc.com**

Form 4100R    **Response to Notice of Final Cure Payment**    page **2**

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Jennifer R. Bergh, Esq. (SBN 305219)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  5120 E. LaPalma Ave., Suite 206
   Anaheim, CA 92807
4  Ph:  (949) 354-2601
   Fax: (949) 200-4381
5  mghidotti@ghidottilaw.com

6
   Attorney for Creditor
7  NC Housing Finance Agency

8

9              UNITED STATES BANKRUPTCY COURT

10    MIDDLE DISTRICT OF NORTH CAROLINA – WINSTON-SALEM  DIVISION

11
   In Re:                                          )   CASE NO.:  12-50925
12                                                 )
   Anthony Scott Hensley and Crystal Dawn Gibson   )   CHAPTER 13
13 Hensley,                                        )
                                                   )   **CERTIFICATE OF SERVICE**
14 Debtors.                                        )
                                                   )
15                                                 )
                                                   )
16                                                 )
                                                   )
17                                                 )
                                                   )
18                                                 )
                                                   )
19

20 _____

21                      **CERTIFICATE OF SERVICE**

22
        I am employed in the County of Orange, State of California.  I am over the age of
23
   eighteen and not a party to the within action.  My business address is: 5120 E. LaPalma Ave.,
24
   Ste. 206, Anaheim, CA 92807.
25
        I am readily familiar with the business's practice for collection and processing of
26
   correspondence for mailing with the United States Postal Service; such correspondence would
27
28 be deposited with the United States Postal Service the same day of deposit in the ordinary

   course of business.

                                      1
                         CERTIFICATE OF SERVICE

On June 24, 2017 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Anthony Scott Hensley | Kathryn L. Bringle |
| 2132 Burkhart Road | Winston-Salem Chapter 13 Office |
| Lexington, NC 27292 | 2000 West First St., Suite 300 |
| | P. O. Box 2115 |
| **Joint Debtor** | Winston-Salem, NC 27102-2115 |
| Crystal Dawn Gibson Hensley | |
| 2132 Burkhart Road | |
| Lexington, NC 27292 | |
| | |
| **Debtor's Counsel** | |
| Wendell Wes Schollander, III | |
| Schollander Law Offices, LLP | |
| Suite 308 | |
| 2000 W. First St. | |
| Winston-Salem, NC 27104-4225 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 24, 2017 at Anaheim, California

/*s / Krystle Miller*
Krystle Miller

2
CERTIFICATE OF SERVICE